```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
THE ESTATE OF VASILIJS GERASIMENKO    :
and LARISA GERASIMENKO,               :
                                      :
                                      : 09 Cv. 8067 (BSJ)(JLC)
              Plaintiffs,             :
                                      :        Order
                                      :
         v.                           :
                                      :
CAPE WIND TRADING COMPANY; LSC        :
SHIPMANAGEMENT LTD.; and LATVIAN      :
SHIPPING COMPANY a/k/a JSC LATVIJAS   :
KUGNIECIBA,                           :
                                      :
              Defendants.             :
-------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Trial in the above-captioned matter is adjourned from June 4, 2012 until October 1, 2012. The pre-trial and trial schedule will proceed as follows:

**August 10, 2012**     Joint Pre-trial Order due to be filed

**September 17, 2012**  Deadline to file motions in limine

**September 24, 2012**  Deadline to file oppositions to motions in limine

**September 27, 2012**  Final pre-trial conference at 3:30 p.m.

**October 1, 2012**     Trial to commence at 9:30 a.m.

1

**SO ORDERED:**

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:  New York, New York
        May 1, 2012